MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Mario Macias-Jasso

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARIO MACIAS JASSO ) <br> ) <br> ) <br> Defendant ) <br> ) | No. Cr.S-05-205 LKK <br><br> AMENDED <br> STIPULATION CONTINUING STATUS <br> CONFERENCE <br><br> ORDER <br><br> Date: September 7, 2005 <br> Time: 9:30 AM <br> Court: LKK |

PLEASE TAKE NOTICE that the parties, through their respective counsel, stipulate to the continuance of sentencing in the above referenced matter to September 7, 2005 at 9:30 AM.

　　This continuance is necessitated due to the fact that the undersigned counsel is presently in trial (jury selection) in the matter of the People v Lopez in Yolo County and will not be available until September 7, 2005. In addition, there is still discovery outstanding which must be obtained and reviewed. Accordingly additional time is required for attorney preparation and time should be excluded through September 7, 2005, from computation under the Speedy Trial Act pursuant to local code T4 and by 18 U.S.C. 3161(H)(8)(ii).

Assistant United States Attorney Mary Grad agrees with this request and has authorized the undersigned to submit his signature.

**IT IS SO STIPULATED**

```
DATED: August 15,2005            /S/ Michael B. Bigelow
                                 Michael B. Bigelow
                                 Attorney for Defendant


Dated: August 15, 2005           /S/ Mary Grad
                                 Mary Grad, AUSA
```

**FOR GOOD CAUSE SHOWN**

The Status Conference in the above entitled matter is continued to September 7, 2005 at 9:30 AM. Time is excluded through September 7, 2005, from computation under the Speedy Trial Act pursuant to local code T4 and by 18 U.S.C. 3161(H)(8)(ii).

**IT IS SO ORDERED**

```
Dated: August 15, 2005           /s/ Lawrence K. Karlton
                                 Hon. Lawrence K. Karlton
                                 District Court Judge
```