IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                        Plaintiff,           )<br>                                                              )<br>            v.                                           )<br>                                                              )<br>MARIO MACIAS JASSO,                )<br>                                                              )<br>                        Defendants.       )<br>_____ ) | CR. No. S-05-205 LKK<br><br><br>TIME EXCLUSION ORDER |

Upon motion of both parties, the Court continues the next status conference in this case to October 4, 2005 at 9:30 a.m.. According to the counsel, the government has recently produced new discovery in the case and such continuance is necessary for counsel adequately to review the discovery provided by the government and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from September 7, 2005 through October 4, 2005.


DATE:        September 9, 2005              /s/ Lawrence K. Karlton
                                                                  HON. LAWRENCE K. KARLTON
                                                                  U.S. DISTRICT JUDGE