MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Mario Macias-Jasso

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S-05-205 LKK |
| Plaintiff ) | |
| ) | AMENDED |
| vs. ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE |
| ) | |
| MARIO MACIAS JASSO ) | ORDER |
| ) | |
| ) | Date: October 4, 2005 |
| Defendant ) | Time: 9:30 AM |
| ) | Court: LKK |

PLEASE TAKE NOTICE that the parties, through their respective counsel, stipulate to the continuance of the status conference in the above referenced matter to October 25, 2005 at 9:30 AM.

   This continuance is necessitated due to the fact that the undersigned counsel is presently in trial (jury selection) in the matter of the People v Lopez in Yolo County and will not be available until October 25, 2005. (Undersigned counsel believed in good faith his involvement in this case would have concluded by October 4, 2005. It did not, through no fault of counsel's.) In addition, there is still discovery outstanding which must be obtained and reviewed. The parties are working toward resolution of this matter and it is believed that by October 25, 2005 the matter will be successfully concluded. Accordingly additional

1  time is required for attorney preparation and time should be
2  excluded through October 25, 2005, from computation under the
3  Speedy Trial Act pursuant to local code T4 and by 18 U.S.C.
4  3161(H)(8)(ii).
5      Assistant United States Attorney Mary Grad agrees with this
6  request and has authorized the undersigned to submit his
7  signature.
8      **IT IS SO STIPULATED**

10    DATED: September 28, 2005        /S/ Michael B. Bigelow
11                                     Michael B. Bigelow
                                       Attorney for Defendant

15    Dated: September 28, 2005        /S/ Mary Grad
                                       Mary Grad, AUSA

**PROPOSED ORDER**

Upon stipulation of both parties, and for good cause shown, the next status conference in this case is continued to October 25, 2005 in order to give counsel for the defendant to review and discuss with the defendant additional discovery. This continuance is further appropriate in order to maintain continuity of counsel.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from October 4, 2005, through October 25, 2005.

**IT IS SO ORDERED**

Dated: September 29, 2005        /s/ Lawrence K. Karlton
                                 Hon. Lawrence K. Karlton
                                 District Court Judge